ADAM BEATTY, *v.* SCHWARTZ, KAUFFMAN & Co., et als.

Damages will be allowed for a frivolous appeal, when prayed for by appellee in his answer.

APPEAL from the Fourth District Court of New Orleans, *Price*, J.
*G. Schmidt* for plaintiff.    *Whitaker, Fellows & Mills* for defendants and appellants.

JONES, J.    This is a suit by the holder of a draft against the acceptors. The defence and call in warranty have failed for want of proof.    This is evidently an appeal for delay, and as the appellee has, in his answer, prayed damages for frivolous appeal, the same must be allowed.

Judgment affirmed, with costs of appeal, and the sum of one hundred and sixty-eight dollars for frivolous appeal.

LABAUVE and HOWELL, J. J., absent.

---

JAMES BILLEN *v.* J. R. WHITE.

Where there is positive evidence of the loss of an instrument in writing parol testimony will be received proving its contents,

APPEAL from the Sixth District Court of New Orleans, *Howell*, J. *Whitaker & Fellows* for plaintiff and appellant.    *Johnson & Denis* for defendant.

HYMAN, C. J.    Plaintiff sued defendant to recover the sum of $1,400 with interest, the price paid for the purchase of an unsound slave.

Defendant answered by general denial, but admitted the sale of the slave to plaintiff.

The District Judge rendered judgment in favor of plaintiff for amount claimed, with interest.

Defendant has appealed.

Defendant, in the lower court, objected to the admission of the testimony of George W. West, proving the contents of a written instrument.

The ground of the objection was that the loss of the instrument was not sufficiently proved.

There is positive evidence that the instrument of writing was destroyed. The evidence was properly admitted.

There is no reason to reverse the judgment of the lower court.

It is affirmed, with costs.

HOWELL, J. recused.

JONES, J. absent.